UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPI EDWARDS, individually and as decedent FIAILOA SAUPO EDWARDS' successor-in-interest; and RUBY SERA AUNEI, a minor, by LUPI EDWARDS, her guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, INC.; DOES 1 to 200, Inclusive,<br><br>Defendants. | CASE NO.: CV12-10994 PA (AGRx)<br><br>Judge Percy Anderson<br><br>**[Originally filed in Los Angeles County Superior Court Case No.: BC492573]**<br><br>**ORDER TO STIPULATED SHARING AND NON-SHARING PROTECTIVE ORDER**<br><br>DATE OF FILING: 9/ 21/2012<br>DATE OF REMOVAL: 12/27/2012<br>DATE OF TRIAL: 1/21/2014 |

The Court, having considered the Stipulated Sharing and Non-Sharing Protective Order signed by all parties, hereby orders that the provisions of the Protective Order will govern the discovery of Protected Documents in this action. The Stipulation for Protective Order, which was lodged on March 5, 2013, is deemed entered by this Court

IT IS SO ORDERED, this 10th day of May, 2013.

_____

Presiding Judge