# Exhibit 1

9A



**Fresno County Coroner**
**760 W. Nielsen**
**Fresno, CA. 93706**



**Fresno Coroner Case #**  11-06.112

# INVESTIGATION
## Upon the Body of

FIAILOA EDWARDS

**Before**

Sarah Davis, Deputy Coroner

**At**

Interstate 5, north of California Ave.
Fresno, Ca  93622

**On**

June 12, 2011


EXHIBIT
9
MichaelChan



**Fresno County Coroner**
**CORONER CERTIFICATE & VERDICT**
**760 W. Nielsen**
**Fresno, CA. 93706**

STATE OF CALIFORNIA, )
                      ) ss.
   County of Fresno   )

IN THE MATTER RE THE DEATH OF:

<u>FIAILOA EDWARDS, Deceased</u>

I, DAVID M. HADDEN, M.D., Coroner of the County of Fresno, State of California, certify an inquiry and investigation was held into the death of FIAILOA EDWARDS, a 54 years old Male, born in Am Samoa. The inquiry and investigation revealed that the decedent died on the 12th day of June, 2011, at Interstate 5, north of California Avenue, in Fresno as follows:

MANNER OF DEATH:     AccidentCCIDENT

CAUSE OF DEATH:      HEAD, NECK AND CHEST INJURIES, due to MOTOR VEHICLE COLLISION

Sustained in a solo vehicle collision, in which the decedent was the driver, which occurred on 6/12/2011, at approximately 1743 hours, on an interstate highway, located on Interstate 5, north of California Avenue, in an unincorporated area of Fresno. I certify that death occurred from the cause and in the manner stated above in accordance with the written findings contained herein.

Signed this 15th day of November 2011

By _____
DAVID M. HADDEN, M.D., CORONER

EDWARDS, Fiailoa                                                        11-06.112

## FRESNO COUNTY CORONER - AUTOPSY REPORT

| | |
|---|---|
| Name: | EDWARDS, Fiailoa |
| Age: | 54-year-old male |
| Date of Death: | 06/12/2011; 1815 hours |
| Date Performed: | 06/13/2011; 1335 hours |
| Performed At: | Fresno County Morgue |
| Performed By: | Michael J. Chambliss, MD |
| Permission for Autopsy: | Sarah Davis, Deputy Coroner |

Photographs are taken by Dr. Chambliss for identification purposes plus documentation of pathology and evidence of injury.

## PERSONAL EFFECTS:

The body is received on the autopsy table clothed in a black long-sleeve ribbed sweater, blue/white striped short-sleeve Polo shirt, gray-white gym shorts, gray tennis shoes, white cotton socks and blue and black striped briefs. Straw is present over the entire front of the clothing. In the left front pocket of the black sweater is a wallet containing multiple cards and personal papers plus 101 dollars in U.S. currency. No additional personal effects are present.

## EXTERNAL EXAMINATION:

The body shows good preservation. No significant eternal injuries are seen. Dried blood is present around the nose.

The subject is a well-developed, stocky adult American Samoan male weighing 250 pounds, measuring 70" in length with an appearance consistent with the recorded age of 54 years. Moderate to well-developed rigor mortis is noted in the arms, legs, and neck region. Postmortem lividity is well developed in the back surface of the body.

The head is covered by black curly hair measuring 2" to 3" in length. There is hyperpigmentation of the skin of the entire head and neck in comparison to the skin on the rest of the body. There is a patterned abrasion over the right side of the head and neck. This will be described below. The eyes are brown with clear corneas and prominent congestion of the scleral areas. Dried blood is present around the nose. A black moustache is seen and the mouth shows natural teeth in good repair. A boggy deep contusion is present over the forehead and frontal scalp to be described below. The neck region is otherwise normal.

EDWARDS, Fiailoa                                                         11-06.112

The chest area is symmetrical without scars or external trauma.  The abdomen is
obese, soft, and depressible in all areas.
All fingers are present, and the nails are short and clean.  The arms show symmetrical
normal muscle development without injuries or scars.

The external genitalia show a normal circumcised penis with both testicles noted in the
scrotal sac.  The inguinal area is free of injury.

All toes are present and the nails are short and clean.  There are multiple flat scars over
the shins with a surgical scar on the inner left ankle.  No significant injuries are seen.

The back surface of the body shows lividity without injuries or scars.

**TATTOOS:**

None.

**SCARS:**

There is a 2 1/2" x 3/4" linear surgical scar on the inner left ankle.

**EVIDENCE OF ATTEMPTED MEDICAL THERAPY:**

Four (4) EKG monitor strips are present over the chest and abdominal region.

**EVIDENCE OF INJURY:**

I.      HEAD AND NECK:

1.      There is a fracture of the lower cervical spine at the C7-T1 region.
2.      There is a fracture of the upper cervical spine at the C3 vertebra.
3.      There is a boggy area of the skin and underlying soft tissues of the forehead and
        frontal scalp (deep contusion) measuring 5" x 4".  Reflection of the skin and
        scalp in this region show extensive hemorrhage on the reflected scalp and outer
        table of the skull.  No skull fractures noted.
4.      A patterned abrasion is noted on the right cheek and jaw measuring 3 1/2" x 1
        1/2" in dimensions.

II.     CHEST REGION:

1.      There is a horizontal fracture of the sternum at the level of the 1st and 2nd ribs.

EDWARDS, Fiailoa                                                                11-06.112

2.    The lungs show focal contusions.
3.    There is hemorrhage of the fat over the front of the pericardial sac.

III.    ARMS/LEGS/SHOULDERS:

1.    There are fractures of each clavicle with a hematoma over the top of the right
      shoulder measuring 3" x 2".
2.    There is also hemorrhage of the muscles and soft tissues over the top of the left
      shoulder.
3.    There is an abrasion on the inner left elbow.

**INTERNAL EXAMINATION:**

The usual autopsy incision is made.  There is extensive hemorrhage of the soft tissues
and muscles over the top of each shoulder and surrounding the fracture of the sternum.
The rib cage is otherwise free of hemorrhage.

BODY CAVITIES:  The chest plate is removed.  Fibrous adhesions are present in each
thoracic cavity; right side greater than left.  A few adhesions are present over the right
lobe of the liver.  There are fractures of both clavicles as previously stated.  There is an
area of soft tissue hemorrhage over the front of the pericardial sac as previously
described.  A few lung contusions are seen.  Both leaflets of the diaphragm are intact.
The right leaflet of the diaphragm is adherent to the outer capsule of the right lobe of
the liver.

NECK ORGANS:  The muscles of the neck show extensive hemorrhage associated
with the fractures of the top of the shoulders (clavicles).  The larynx, epiglottis, and
hyoid bone are normal.  There is a large bite mark hematoma on the left side of the
tongue.  The thyroid gland is intact.  There is a fracture of the right side of the 3rd
cervical vertebra to be described.  There is horizontal fracture of the C7-T1 junction with
a probable fracture of the posterior left 1st rib.

RESPIRATORY SYSTEM:  The right and left lungs weigh 685 and 615 gm,
respectively.  There are pleural adhesions as previously described.  No lacerations are
seen.  There is narrowing of the opening of the upper and middle trachea secondary to
sclerosis of the cartilaginous rings.  Sections of the lungs show congestion and edema.

CARDIOVASCULAR SYSTEM:  The heart is enlarged weighing 610 gm.  The atria are
enlarged with hypertrophy of both ventricles. The heart shows no significant injuries.
There is mild redundancy of the mitral valve leaflets.  Otherwise, the valves are normal.
The myocardium of the left ventricle shows multiple white areas in the interventricular

EDWARDS, Fiailoa                                                    11-06.112

septum and posterior wall extending from the base to the apex. There is focal
moderate calcification of the proximal left anterior descending coronary and middle
segment of the right coronary artery. The remaining coronary arteries are free of
atherosclerosis. The thoracic and abdominal segments of the aorta are free of injury or
significant atherosclerosis.

HEPATOBILIARY SYSTEM: The liver weighs 2055 gm. It has a red-brown
appearance on the external and cut surfaces. The parenchyma is congested. The right
leaflet of the diaphragm is attached to the top of the right lobe of the liver. The
gallbladder and biliary tract are normal. No stones are seen.

HEMOLYMPHATIC SYSTEM: The spleen weighs 195 gm. It has a slightly soft
consistency but otherwise has the normal appearance on the external and cut surfaces.
No lymphadenopathy is seen.

GASTROINTESTINAL SYSTEM: The esophagus is normal. A small amount of
residual food is present in the stomach which has a normal mucosa. The small and
large intestines and their attached blood supply are normal. The appendix is normal.

GENITOURINARY SYSTEM: The right and left kidneys weigh 208 and 223 gm,
respectively. Both kidneys show single small external cortical cysts. The right kidney
has a dilated pelvic region secondary to a large stone which has additional calcifications
in the calyceal system of that same kidney. The left kidney is free of stones. Both
kidneys are congested on the external and cut surfaces. The urinary bladder contains
urine with a normal bladder mucosa. The prostate gland is moderately enlarged with
prominent induration of the fatty tissues around the vas deferens.

ENDOCRINE SYSTEM: The pancreas weighs 361 gm and has abundant attached
adipose tissue with some fat infiltration of the gland. The adrenal glands are autolyzed.
The thyroid gland is normal.

MUSCULOSKELETAL SYSTEM: (see **EVIDENCE OF INJURY**) The thoracic and
lumbar segments of the vertebral spine show prominent arthritic changes in the middle
to lower thoracic spine. No definite fractures are seen in the mid to lower vertebral
spine. The pelvic bones are intact. The long bones of the extremities are intact.

CENTRAL NERVOUS SYSTEM: There is a prominent deep contusion of the entire
forehead and frontal region of the scalp as previously described. Extensive
hemorrhage is present on the outer table of the skull. No fractures are seen. No
subdural or epidural blood is noted. The brain is free of subarachnoid hemorrhage or

EDWARDS, Fiailoa                                                    11-06.112

external injury.  The brain weighs 1597 gm.  Cut surfaces of the brain show no deep injuries with a normal ventricular system.  The floor of the skull is intact.

**MATERIALS SAVED FOR PATHOLOGY:**

Representative tissue sections of the internal organs are taken and saved.

**MATERIALS SAVED FOR TOXICOLOGY:**

Blood, urine, and vitreous humor.  Additional samples of blood are saved in the morgue freezer.

**PATHOLOGIC DIAGNOSES:**

1.    Blunt force injuries of the head and neck:
      a.    Fracture of the lower cervical spine (C7-T1 junction).
      b.    Fracture of the upper cervical spine (lateral C3 vertebra).
      c.    Boggy deep hematoma of the entire forehead and frontal scalp (5" x 4") with no skull fractures.
      d.    Patterned abrasion on the right cheek and jaw (3 1/2" x 1 1/2".
2.    Blunt force injuries of the chest:
      a.    Fracture of the upper sternum.
      b.    Lungs with focal contusions.
3.    Cardiomegaly (610) with enlarged atria and biventricular hypertrophy.
      a.    Myocardium with multiple small areas of fibrosis of the left ventricle.
      b.    Coronary arteries with focal moderate atherosclerosis and calcification.
4.    Right kidney with stones in the calyceal system.
5.    Fibrous adhesions in the thoracic region and right upper quadrant of the abdomen.

**CAUSE OF DEATH:**

A.    Head, neck, and chest injuries.
B.    Motor vehicle collision (driver).

EDWARDS, Fiailoa                                                                11-06.112

**MANNER:**

Accident.

**MICHAEL J. CHAMBLISS, MD**
Forensic Pathologist

MJC/tu
MC26919C.T02
d:   09/29/2011
t:    09/30/2011



TRMC - Mineral King Laboratory, 880 E. Merritt, Tulare CA 93274
Phone: (559) 685-3456  Fax: (559) 685-8745,
Directors: Gary Walter, M.D. - Jue-Rong Zhang M.D., Ph.D - Sharon Fong, C.L.S.

| | |
|---|---|
| Collected By: Dr. Chambliss | Patient Name: **EDWARDS, FRANKIAILOA** |
| Date/Time Collected: 6/13/2011    14:30 | Accession #: 1171701 |
| Date/Time Received: 6/14/2011    09:15 | Case Number: 11-06-112 |
| Completion Date: 6/16/2011    15:06 | |

FRESNO COUNTY CORONER'S OFFICE          Specimen Type:  BLOOD
760 W. Nielson
Fresno, CA  93706

CORONER BOTTLE/PERIPHERAL BLOOD

## Blood Drug Screen {by ELISA} Results

Approved by:  SM

| | |
|---|---|
| Amphetamines | Negative |
| Barbiturates | Negative |
| Cannabinoids | Negative |
| Cocaine (Metabolite) | Negative |
| Benzodiazepines | Negative |
| Opiates | Negative |
| Phencyclidine | Negative |



# Toxicology Report

TRMC-Mineral King Laboratory, 880 East Merritt Ave., STE 108, Tulare, CA 93274
Phone: (559) 685-3456  Fax: (559) 685-8745.
Directors: Gary Walter. M.D. - Jue-Rong Zhang M.D., Ph.D - Sharon Fong, C.L.S.

Collected By: Dr. Chambliss
Date/Time Collected: 6/13/2011     14:30
Date/Time Received: 6/14/2011      09:15
Completion Date: 6/16/2011         10:44

Patient Name: **EDWARDS, FRANKIAILOA**
Accession #: 1171702
Case Number: 11-06-112

FRESNO COUNTY CORONER'S OFFICE
760 W. Nielson
Fresno, CA 93706

Specimen Type:  BLOOD

GRAY-TOP/PERIPHERAL BLOOD

## Blood Alcohol {by GC} Results- - Units in % (g/100mL)

Approved by: JK

TESTED BY:              JK
TEST DATE:              06-15-11
Blood Alcohol (Ethanol)=    0.00                                    %

Legal limit 0.08% for motor vehicle operation.

I certify, under penalty of perjury, under the laws of the state of California, that the attached
blood alcohol analysis was performed during the regular course of my duties, and is a true and
correct copy thereof. I further certify that I am an approved FORENSIC ALCOHOL ANALYST or SUPERVISOR
by the state of California, that I am qualified to perform this analysis pursuant to Title 17 of the
California Code of Regulations, and that the equipment used in arriving at the result was in proper
working order at the time the analysis was performed and that the recording of the
result was done at the time of the analysis.

Signature: _____

Accession #: 1171702/1
END OF REPORT (Final)

Reviewed by: _____
Page 1



TRMC - Mineral King Laboratory, 880 E. Merritt, Tulare CA 93274
Phone: (559) 685-3456  Fax: (559) 685-8745,
Directors: Gary Walter, M.D. - Jue-Rong Zhang M.D., Ph.D - Sharon Fong, C.L.S.

| | | | |
|---|---|---|---|
| Collected By: Dr. Chambliss | | Patient Name: **EDWARDS, FRANKIAILOA** | |
| Date/Time Collected: 6/13/2011 | 14:30 | Accession #: 1171703 | |
| Date/Time Received: 6/14/2011 | 09:15 | Case Number: 11-06-112 | |
| Completion Date: 6/16/2011 | 12:56 | | |

FRESNO COUNTY CORONER'S OFFICE                     Specimen Type:   URINE
760 W. Nielson
Fresno, CA  93706


CORONER BOTTLE/ URINE

## Urine Drug Screen-10 Panel  {by EMIT}  Results

Approved by:  SM

| | | | |
|---|---|---|---|
| Amphetamines | Negative | | |
| Barbiturates | Negative | | |
| Benzodiazepines | Negative | | |
| Cocaine (Metabolite) | Negative | | |
| Methadone | Negative | | |
| Methaqualone | Negative | | |
| Opiates | Negative | | |
| Phencyclidine | Negative | | |
| Propoxyphene | Negative | | |
| Cannabinoids (THC-COOH) | Negative | | |
| Creatinine (mg/dL) | 275.20 | Expected:  >20 mg/dL | |
| Specific Gravity | 1.020 | Expected:  1.003 - 1.030 | |
| PH | 5.6 | Expected:  4.0 - 9.0 | |

## Screen Alcohol {by EMIT}   Result

Approved by:  SM

Alcohol Screen-EMIT          Not detected or below reporting level
   Screen Cutoff: 19 mg/dL (0.019%)



**Fresno County Coroner**
**760 W. Nielsen**
**Fresno, CA. 93706**

Fresno, California, 06/12/2011 18:15:00                )
                                                        (
IN THE MATTER OF INVESTIGATION HELD                     )
                                                        (
UPON THE BODY OF FIAILOA EDWARDS                        )
                                                        (
DECEASED.................................................................)

ooOOoo

On 6/12/2011 at 1830 hours, while on duty for the Fresno County Coroner's Office, I received a call from Fresno County Sheriff's dispatch, I was advised California Highway Patrol was requesting my response to a fatal traffic accident at Interstate 5, north of California Avenue, in an unincorporated area of Fresno. The decedent was identified by his California Drivers License as Fiailoa Edwards, a 54 year old Samoan male, who was pronounced dead on scene by Paramedic Harrell at 1815 hours as a result of injuries sustained in an auto versus motorcycle collision.

Upon my arrival at 2015 hours, I met with CHP Officer Stiers who advised the decedent was the restrained driver of a 2002 Ford Explorer (7A56480), traveling south on Interstate 5, at an unknown speed. There was an earlier accident in the northbound lane of Interstate 5, and traffic had slowed in both lanes. At approximately 1743 hours, the decedent came upon the slowed traffic, and made an unsafe turning movement to avoid colliding with the vehicle in front of him. The decedent lost control of the vehicle, and the vehicle went off of the roadway, onto the dirt shoulder, where it overturned multiple times. The vehicle came to rest on its left side, facing a southeasterly direction. Witnesses called for emergency assistance.

Emergency Medical Services arrived at 1813 hours. Paramedics noted the decedent was pulseless and non breathing. Paramedics placed the decedent on the monitor, which showed the decedent was asystole. Paramedic Harrell pronounced death at 1815 hours.

The decedent was removed to the Fresno County Coroner's Office, where Dr. Michael Chambliss performed an autopsy and drew fluids for toxicological testing to determine cause of death. The cause of death was determined to be head, neck and chest injuries, due to motor vehicle collision.

Fiailoa Edwards died as a result of injuries sustained during a solo vehicle accident which occurred on 6/12/2011, at 1743 hours, on Interstate 5, north of California Avenue, in an unincorporated area of Fresno.

FIAILOA EDWARDS                                                                                                    1

Funeral arrangements were handled by Forest Lawn Memorial Park at the request of the family.

Receipted property (# 26050) was released to the funeral home on 6/14/2011, by Deputy Kelly Wiefel.


                        Sarah Davis, DEPUTY CORONER

Fiailoa Edwards
11-06-112

GB

101. PLACE OF DEATH
Other Interstate Highway

102. IF HOSPITAL SPECIFY ONE
103. IF OTHER THAN HOSPITAL SPECIFY ONE  X

104. COUNTY
Fresno

105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number of location)
Interstate 5, N of California Ave

Fresno

106. CAUSE OF DEATH

IMMEDIATE CAUSE (A)

Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) (C) (D)

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 1:27 (If yes, list type of operation and date.)

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

115. SIGNATURE AND TITLE OF CERTIFIER

118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

MANNER OF DEATH    Natural    Accident X    Homicide    Suicide    Pending Investigation    Could not be determined

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)
Interstate Highway

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)
Solo vehicle roll-over, driver

125. LOCATION OF INJURY (Street and number or location, and city, and ZIP)
Interstate 5, North of California Ave, Fresno 93622

126. SIGNATURE OF CORONER / DEPUTY CORONER

127. DATE mm/dd/ccyy

88. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER

FAX AUTH #

CENSUS TRACT

TULIS MINERAL KING TOXICOLOGY LABORATORY

## CHAIN OF CUSTODY AND TEST REQUISITION FORM

| Donor Information | Date/Time of Exam: | Agency Submitting Sample |
|---|---|---|
| Name: Frank/asoa Eduards | 6-13-11 @ 1415 | FRESNO COUNTY CORONER |
| Age of Deceased: 54 | Specimen(s) Collection Date/Time: 6-13-11 @ 1430 | Case Number: 1L00-112 |
| Date/Time of Death: 6-12-11 1815 | Specimen(s) Collected by: D. Chambliss | MKL SPECIMEN ID # |

☒ AUTOPSY    ☐ EXTERNAL EXAMINATION    ☐ CONSULTATION/MEDICAL CHART REVIEW
NOTES/CAUSE OF DEATH/CONTRIBUTING FACTORS: MVA -- DRIVER

### TEST MENU

Source & Type: Blood
✓ Perform Drug Screen Automatically
☐ Alcohol
☐ Drug Confirmation(s)
_____
_____
☐ Alternate Scan _____
☐ Other _____
☐ HOLD

Source & Type:
Perform Drug Screen Automatically
☐ Alcohol
☐ Drug Confirmation(s)
_____
_____
☐ Alternate Scan _____
☐ Other _____
☐ HOLD

Gray Top Tube (source): Blood
✓ Perform Alcohol Automatically
☐ Other _____

VITREOUS HUMOR
Perform Lytes Panel Automatically
☐ Other _____
☐ HOLD

OTHER NOTES FOR TOXICOLOGY LABORATORY:

URINE
✓ Perform UD-10 and Alcohol Automatically
☐ Drug Confirmation(s)
_____
_____
☐ Alternate Scan _____
☐ Other _____
☐ HOLD

MICROBIOLOGY
Type of Specimen(s), Source & Test(s) Requested:
_____
_____
_____
_____

*Below for MKL Use*

| LIST STAT SPECIMENS & PUT STAT STICKER HERE: | SPECIMEN(S) FROM | SPECIMEN(S) TO | DATE/TIME |
|---|---|---|---|
| | Signature: Michael Chambliss | Storage | 6/13/11 |
| | Name: MICHAEL CHAMBLISS | COOLER | 1530 |
| | Storage: Morgue | Signature: Steve Rice | 6/13/11 |
| | | Name: Steve Rice | 405 ?? |
| | Signature: Steve Rice | Signature | |
| | Name: Steve Rice | Name | |
| | Signature | Signature | |
| | Name | Name | |
| | Signature | Signature | |
| | Name | Name | |

Specimen Bag/Samples intact: ☐

Remarks if Sample(s) Not Intact Upon Receipt: _____

Pathologist Name: Michael Chambliss MD

CVRF #033 Rev 9/08

PD
9D

CORONER — PUBLIC ADMINISTRATOR — PUBLIC GUARDIAN
COUNTY OF FRESNO

RECEIPT NO.
26050

☐ PA
☐ PG
☒ CORONER

| Case # | Case Name: | | Date: |
|---|---|---|---|
| 11-06-112 | Fiailoa Edwards | | 6/3/11 |

| Received from or location | | off of person | | |
|---|---|---|---|---|
| | **Amount** | **Property Continued** | | |
| Currency | 101.00 | blk wallet w/ MISC PAPERS | | |
| Coin | 1.07 | Visa #001 0910, Visa # 4246(2) | | |
| TOTAL | 102.07 | Visa # 5767, Visa # 6673 | | |
| Checks and other personal property | | Visa # 4246, Visa # 6710, Visa #6446 | | |

By: _____
                                          Investigator

Witness: _____

I declare, under penalty of perjury, that I am entitled to receive the above property from the Fresno County Public Administrator -
Coroner's Office as (authorized by) the next of kin of the decedent.

Signature: _____

Witness: _____    Address: forest lawn long beach

Date: 6/14/11    Relationship: _____

9E

# AUTOPSY CAUSE OF DEATH
## Fresno County Coroner's Office

Case Name: _FIALLOR SMITH EDWARDS_

Case #: _11-06,112_       Deputy: _DAVIS_

Date of Death: _6-12-11_    1815

AUTOPSY _6-13-11_

Date Amended: _____

## CAUSE OF DEATH                                    TIME INTERVAL

A. _HEAD, NECK AND CHEST INJURIES_          _SECONDS_

B. _MOTOR VEHICLE COLLISION_                 _SECONDS_

C. _____          _____

D. _____          _____

Other Conditions: _____

Comments: _____

Forensic Pathologist: _Michael Chambliss, MD_

MANNER: _ACCIDENT_

COR-6 (2/07)

06/14/2011   08:37 Fax                                   (FAX)562 981 8627                      P.001/001

9F

06/14/2011   09:09 Forest Lawn Information Office                    (FAX)323 551 5088           P.001/001
JUN-05-2011   09:01        CORONER OFFICE                            4B51144                     P.01/01

## ORDER FOR RELEASE
### County of Fresno

Date June 14, 20 11

To:    David M. Hadden, M.D.
       Fresno County Coroner

I certify that, pursuant to Section 7100, Health & Safety Code, State of California, as next of kin, it is my right to select any funeral director I desire to take charge of the body of _Fialda S Edwards_ deceased. Therefore, please release the body and the personal effects of the above mentioned deceased to _Forest Lawn, Long Beach_ This is a voluntary action on my part and there has been no solicitation or effort made by any representative of the above named funeral home, or the Fresno County Coroners Office to influence me to use said funeral home.

Signed _Lupi P. Edwards_ Relationship _Spouse_

Address _5750 Linden Ave._    City _Long Beach,_

State _CA    90 805_    Telephone No. _562-533-4846_

IF THE PERSON SIGNING ABOVE IS NOT THE NEXT OF KIN, PLEASE LIST THE NAME BELOW, AND THE NEXT OF KIN'S REASON FOR NOT HANDLING THE DISPOSITION. THIS SECTION **MUST** BE COMPLETED ANY TIME THE NEXT OF KIN DOES NOT SIGN ABOVE.

Name _____    Relationship _____

PAID

Address _____    City _____    Date 6/14/11 -0

State _____    Telephone No. _____

Reason For Not Handling Disposition _____

### NON RELATIVE

I, _____ bearing no relationship to the above named deceased, having executed the above authorization, do hereby assume full responsibilities for the costs of all funeral services in connection therewith of the above named funeral director.

Witness _____    Signed _____

Address _____    Address _____

City _____    City _____

Telephone No. _____    Telephone No. _____

IF AUTHORIZATION TO RELEASE REMAINS IS GRANTED ORALLY (BY TELEPHONE) COMPLETE THE FOLLOWING:
                                    Relationship _____

City _____ State ____ Zip _____ Ph: ( ) _____

Date & Time authorization granted _____ 20 ___ at _____ AM/PM

Signature of person accepting authorization _____

**IT IS THE RESPONSIBILITY OF THE PERSON PRESENTING THIS ORDER FOR RELEASE TO THE CORONER'S OFFICE TO INSURE THIS FORM IS COMPLETE AND CORRECTLY PREPARED. FAILURE TO DO SO MAY RESULT IN A DELAY IN THE RELEASE OF DECEDENT REMAINS.**

TOTAL P.01

96

# Toxicology Report

TRMC - Mineral King Laboratory, 880 East Merritt Ave., STE 108, Tulare, CA 93274
Phone: (559) 685-3456, Fax: 559-685-8745,
Directors: Gary Walter, M.D. - Jue-Rong Zhang M.D., Ph.D - Sharon Fong, C.L.S.



| | | | |
|---|---|---|---|
| Collected By: Dr. Chambliss | | Patient Name: **EDWARDS, FRANKIAILOA** | |
| Date/Time Collected: 6/13/2011 | 14:30 | Accession #: 1171702 | |
| Date/Time Received: 6/14/2011 | 09:15 | Case Number: 11-06-112 | |
| Completion Date: 6/16/2011 | 10:44 | | |

FRESNO COUNTY CORONER'S OFFICE          Specimen Type:  BLOOD
760 W. Nielson
Fresno, CA  93706

GRAY-TOP/PERIPHERAL BLOOD

## Blood Alcohol (by GC) Results- - Units  In % (g/100mL)

Approved by: JK

TESTED BY:                    JK
TEST DATE                     06-15-11
Blood Alcohol (Ethanol)=      0.00                              %

Legal limit 0.08% for motor vehicle operation.

I certify, under penalty of perjury, under the laws of the state of California, that the attached
blood alcohol analysis was performed during the regular course of my duties, and is a true and
correct copy thereof.  I further certify that I am an approved FORENSIC ALCOHOL ANALYST or SUPERVISOR
by the state of California, that I am qualified to perform this analysis pursuant to Title 17 of the
California Code of Regulations, and that the equipment used in arriving at the result was in proper
working order at the time the analysis was performed and that the recording of the
result was done at the time of the analysis.

Signature: _____

Accession #  1171702/1                                          Reviewed by:
END OF REPORT (Final)                                           Page 1

6/16/2011 12:59    Tulare District Hospital MKL→FRESNO COUNTY CORONER'S OFFICE    6/7

# Toxicology Report

TRMC - Mineral King Laboratory, 880 East Merritt Ave., STE 108, Tulare, CA 93274
Phone: (559) 685-3456, Fax: 559-685-8745,
Directors: Gary Walter, M.D. - Jue-Rong Zhang M.D., Ph.D - Sharon Fong, C.L.S.

| | | |
|---|---|---|
| Collected By: Dr. Chambliss | | Patient Name: **EDWARDS, FRANKIAILOA** |
| Date/Time Collected: 6/13/2011 | 14:30 | Accession #: 1171703 |
| Date/Time Received: 6/14/2011 | 09:15 | Case Number: 11-06-112 |
| Completion Date: 6/16/2011 | 12:56 | |

FRESNO COUNTY CORONER'S OFFICE                     Specimen Type:    URINE
760 W. Nielson
Fresno, CA 93706

```
CORONER BOTTLE/ URINE
```

## Urine Drug Screen-10 Panel (by EMIT) Results

Approved by: SM

| | | |
|---|---|---|
| Amphetamines | Negative | |
| Barbiturates | Negative | |
| Benzodiazepines | Negative | |
| Cocaine (Metabolite) | Negative | |
| Methadone | Negative | |
| Methaqualone | Negative | |
| Opiates | Negative | |
| Phencyclidine | Negative | |
| Propoxyphene | Negative | |
| Cannabinoids (THC-COOH) | Negative | |
| Creatinine (mg/dL) | 275.20 | Expected: >20 mg/dL |
| Specific Gravity | 1.020 | Expected: 1.003 - 1.030 |
| PH | 5.6 | Expected: 4.0 - 9.0 |

## Screen Alcohol (by EMIT) Result

Approved by: SM

Alcohol Screen-EMIT          Not detected or below reporting level
    Screen Cutoff: 10 mg/dL (0.010%)



# Toxicology Report

TRMC - Mineral King Laboratory, 880 East Merritt Ave., STE 108, Tulare, CA 93274
Phone: (559) 685-3456, Fax: 559-685-8745,
Directors: Gary Walter, M.D. - Jue-Rong Zhang M.D., Ph.D - Sharon Fong, C.L.S.

---

Collected By: Dr. Chambliss
Date/Time Collected: 6/13/2011        14:30
Date/Time Received: 6/14/2011        09:15
Completion Date: 6/16/2011        15:06

Patient Name: **EDWARDS, FRANKIAILOA**
Accession #: 1171701
Case Number: 11-06-112

FRESNO COUNTY CORONER'S OFFICE
760 W. Nielson
Fresno. CA  93706

Specimen Type:   BLOOD

CORONER BOTTLE/PERIPHERAL BLOOD

---

## Blood Drug Screen (by ELISA) Results

Approved by: SM

| | |
|---|---|
| Amphetamines | Negative |
| Barbiturates | Negative |
| Cannabinoids | Negative |
| Cocaine (Metabolite) | Negative |
| Benzodiazepines | Negative |
| Opiates | Negative |
| Phencyclidine | Negative |



*emailed
11/15/11 gd*

Fresno Coroner
760 West Nielson
Fresno, CA. 93706

November 15, 2011

To Whom It May Concern:

I would like to request a copy of the coroners report for Fiailoa Edwards
Social Sec #:                who passed away in an auto accident June 12, 2011.

Because of the urgency of this request, I would like to have the documentation
faxed to:

707-864-3252

or even better- emailed to:

Mkennedy@starcon.org.

Per Sarah, we have mailed a check in the amount of $65.00 to the above stated address.

She said she would provide the documentation tomorrow when the report is complete.

Thank you for your consideration and support,

*Misha Kennedy*
**STARCON | HR Manager West Coast**
4833 Auto Plaza Ct, Fairfield, CA 94534
Office: 707-864-8042 Ext. 8104
Cell: 707-317-3394
**Reliable Performance...** *Creative Solutions*

4833 AUTO PLAZA COURT  | FAIRFIELD, CA 94534 | (707) 864-8042 | (707) 864-8978 (FAX) | www.starconinternational.com

The STARCON logo is a registered trademark of Starcon International, Inc.

EQUAL OPPORTUNITY EMPLOYER