JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPI EDWARDS, et al., | Case No. CV12-10994 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FORD MOTOR COMPANY, INC., et al., | |
| Defendants. | |

On or about March 5, 2015, a jury having returned a verdict in favor of defendant Ford Motor Company and against plaintiffs Lupi Edwards, and RSA, a minor, by and through her guardian ad-litem,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover nothing;

2. That the action is dismissed with prejudice; and

3. Defendant shall have its costs of suit.

Dated: April 6, 2015

Percy Anderson
UNITED STATES DISTRICT JUDGE