UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPI EDWARDS, et al., | No. CV12-10994 PA (AGRx) |
| Plaintiffs, | **AMENDED JUDGMENT** |
| vs. | |
| FORD MOTOR COMPANY, INC., | |
| Defendant. | |

On or about March 5, 2015, a jury having returned a verdict in favor of defendant Ford Motor Company and against plaintiffs Lupi Edwards, and RSA, a minor, by and through her guardian ad-litem,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover nothing;
2. That the action is dismissed with prejudice; and
3. Defendant shall have its costs of suit in the amount of $52,497.58.

Dated: April 19, 2017

Honorable Percy Anderson